ORIGINAL

SEYFARTH SHAW LLP
Eric Hill (SBN 173247)
ehill@seyfarth.com
Krista L. Mitzel (SBN 221002)
kmitzel@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant,
UNIVERSAL PROTECTIVE PACKAGING, INC.

**Filed**

JUN 29 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA TEDESCO,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSAL PROTECTIVE PACKAGING, INC., and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No. CV 06-02078 JW<br><br>[PROPOSED] ORDER GRANTING MARK FONTANA APPLICATION TO APPEAR *PRO HAC VICE* |

Mark Fontana, an active member in good standing of the bar of the State of Pennsylvania, whose business address and telephone number is: WOLF BLOCK SCHORR & SOLIS-COHEN, 213 Market Street, Ninth Floor, Harrisburg, Pennsylvania 17101, Telephone (717) 237-7160, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant, UNIVERSAL PROTECTIVE PACKAGING, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the

1  application will constitute notice to the party. All future filings in this action are subject to the
2  requirements contained in General Order No. 45, *Electronic Case Filing*.
3
4  DATED: JUN 2 9 2006                                  /s/ James Ware
5                                                              JUDGE OF THE UNITED STATES
                                                                        DISTRICT COURT
6
7  SF1 28240135.1 / 99999-000170
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE* / CASE NO. 06-02078 JW