1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10   Kristina Tedesco,                        NO. C 06-02078 JW

11              Plaintiff,              **ORDER TO SHOW CAUSE
                                         RE: SETTLEMENT**
         v.
12
     Universal Protective Packaging, Inc., et al.,
13
              Defendants.
14   _____/

15          On November 6, 2006, Plaintiff filed a Notice of Settlement.  (See Docket Item No. 10.)  In

16   light of the settlement, the Court vacates all trial and pretrial dates.  On or before **January 29, 2007**,

17   the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

18          If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8,

19   4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **February 5, 2007** at

20   **9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ.

21   P. 41(b).  On or before January 29, 2007, the parties shall file a joint statement in response to the

22   Order to Show Cause.  The joint statement shall set forth the status of the activities of the parties for

23   finalizing the settlement and how much additional time is requested to finalize and file the dismissal.

24   If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically

25   vacated.

26
27
28

**United States District Court**
For the Northern District of California

1         Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

2    this action.

3

4    Dated:  November 16, 2006                                        _____

5                                                                     JAMES WARE
                                                                      United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Eric E. Hill  ehill@seyfarth.com
     William L Marder  bill@polarislawgroup.com
3

4

5    **Dated:  November 16, 2006**                    **Richard W. Wieking, Clerk**

6
                                                       **By:  ____/s/ JW Chambers____**
7                                                            **Elizabeth Garcia**
                                                             **Courtroom Deputy**
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California