POLARIS LAW GROUP, LLP
William L. Marder (SBN 170131)
bill@polarislawgroup.com
501 San Benito Street, Suite 200
Hollister, California 95023
Telephone: (831) 531-4214
Facsimile: (831) 634-0333

Attorneys for Plaintiff KRISTINA TEDESCO

SEYFARTH SHAW LLP
Eric E. Hill (SBN 173247)
ehill@seyfarth.com
Krista L. Mitzel (SBN 221002)
kmitzel@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

WOLF BLOCK SCHORR & SOLIS-COHEN, LLP
Mark A. Fontana (PA Bar No. 37602)
mfontana@wolfblock.com
213 Market Street, 9th Floor
Harrisburg, Pennsylvania 17101
Telephone: (717) 237-7183
Facsimile: (717) 237-2763

Attorneys for Defendant UNIVERSAL PROTECTIVE PACKAGING, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA TEDESCO, | CASE NO. CV-06-02078 (JW) |
| Plaintiff, | |
| v. | VOLUNTARY STIPULATION FOR DISMISSAL; [~~PROPOSED~~] ORDER |
| UNIVERSAL PROTECTIVE PACKAGING, INC., | |
| Defendant(s). | |

1

VOLUNTARY STIPULATION FOR DISMISSAL; [~~PROPOSED~~] ORDER
CASE NO. CV-06-02078 (JW)

## VOLUNTARY STIPULATION OF DISMISSAL

The parties, by their undersigned attorneys, hereby stipulate and agree, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-referenced action is dismissed with prejudice.

DATED: November 22, 2006

/s/ William L. Marder
William L. Marder
Polaris Law Group
Counsel for Plaintiff Kristina Tedesco

DATED: November 22, 2006

/s/Mark A. Fontana
Mark A. Fontana
Wolf Block Schorr & Solis-Cohen, LLP
Counsel for Defendant
Universal Protective Packaging, Inc.

Eric E. Hill
Seyfarth Shaw, LLP
Co-Counsel for Defendant
Universal Protective Packaging, Inc.

## ORDER

Pursuant to the stipulation of the parties, the above-entitled action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: November 28, 2006

*[signature: James Ware]*
HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

SF1 28269996.1 / 53293-000002

VOLUNTARY STIPULATION FOR DISMISSAL; [~~PROPOSED~~] ORDER
CASE NO. CV-06-02078 (JW)